STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MATTHEW NOVACK AND BRUCE EIGNER, DEFEND-ANTS-PETITIONERS.

*Mr. Stanley C. VanNess* and *Mrs. Miriam N. Span* for the petitioners.

*Mr. A. Donald Bigley* and *Mr. John P. Jehl* for the respondent.

September 15, 1969. Denied.

NATIONAL PREMIUM BUDGET PLAN CORP., PLAINTIFF-PETITIONER, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, *ET AL.*, DEFENDANTS-RESPONDENTS, AND LOUIS J. MARTONE, DEFENDANT.

See same case below: 106 *N. J. Super.* 238.

*Messrs. Mattson, Madden, Polito & Loprete* for the petitioner.

*Messrs. King & King* and *Messrs. Budd, Larner, Kent, Gross & Picillo* for the respondents.

September 30, 1969. Denied.

FRANK E. PAIGE, PLAINTIFF-PETITIONER, v. RED TOP, INC., DEFENDANT-RESPONDENT, AND RUBIN B. WHITE, *ET AL.*, DEFENDANTS.

See same case below: 106 *N. J. Super.* 254.

*Mr. Stanley W. Greenfield* for the petitioner.

*Messrs. Goldberger, Siegel & Finn* for the respondent.

September 30, 1969. Denied.